Magistrate Judge S. Kate Vaughan

```
____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED

        JUL 17 2023
          AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JACK ALLEN ROBERSON,<br><br>Defendant. | CASE NO. MJ23-358<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. Section 2244(b); and<br>49 U.S.C. Sections 46506(1) |

BEFORE, S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Abusive Sexual Contact)

On or about July 16, 2023, within the special aircraft jurisdiction of the United States, that is, while aboard Delta Air Lines Flight 452, an aircraft in flight traveling nonstop from Atlanta, Georgia, to SeaTac, King County, Washington, within the Western District of Washington and elsewhere, JACK ALLEN ROBERSON did knowingly and

Complaint - 1
United States v. ROBERSON
USAO No. 2023R00777

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intentionally engage in sexual contact with Victim 1 (a juvenile), that is, touch Victim 1's inner thigh and groin, without Victim 1's permission and with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

All in violation of Title 18, United States Code, Section 2244(b) and Title 49 United States Code, Section 46506(1).

And the complainant states that this Complaint is based on the following information:

I, Oliver Cunningham, being first duly sworn on oath, depose and say:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2021. I presently am assigned to work at the Seattle Headquarters office. I am currently assigned to the Safe Streets Task Force and am responsible for investigating violent crimes; including gangs, kidnappings, crimes aboard aircraft, and crimes on the high seas. I am currently designated as an Airport Liaison Agent (ALA) for violent crime for the SeaTac International Airport (SEA). Per United States Code, Title 49, Section 46506, Special Aircraft Jurisdiction of the United States, the FBI has been designated as the law enforcement agency responsible for investigating crimes that occur onboard an aircraft once the doors have closed post boarding, including interference with a flight crew, or any physical or sexual assault. Moreover, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a graduate of the Federal Bureau of Investigation Basic Field Training Course. During this 21-week training, I received training in interviewing and interrogation techniques; arrest procedures; search and seizure; and surveillance techniques. Prior to this employment, I obtained a Bachelor of Arts in Spanish and Government and Legal Studies and a Masters of Arts in International Relations. I have

Complaint - 2
United States v. ROBERSON
USAO No. 2023R00777

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

five years' experience working in non-profit organizations in international development and four years' experience managing projects and programs for private companies. During my career with the FBI, I have had training and experience investigating violent crimes against persons and crimes against the government. As an Airport Liasion Agent, I have been involved in several investigations involving offenses occurring in the special aircraft jurisdiction and the special maritime and territorial jurisdiction of the United States, including physical and sexual assaults.

3.    This affidavit is made based upon my personal knowledge, training, experience and investigation, as well as upon information provided to me and my review of reports prepared by other law enforcement personnel. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

## SUMMARY OF PROBABLE CAUSE

4.    I have reviewed reports, documents, and statements related to events that occurred on July 16, 2023, aboard Delta Air Lines flight 452 Atlanta to SeaTac. According to the reports, documents, and statements I reviewed, Delta Air Lines flight 452 left Atlanta, Georgia en route to SeaTac, Washington, within the Western District of Washington on July 16, 2023.

5.    Victim 1, whose full name is known to me but not included here because Victim 1 is a juvenile and this is a public filing, boarded flight 452 and took her seat in row 17. Victim 1, who is 15 years old, was travelling with her guardian, J.F, and J.F's 12-year-old daughter, K.R. When Victim 1 boarded the plane, ROBERSON was already sitting in the aisle seat 17D. J.F told him that he was in the wrong seat, and ROBERSON moved to 17F, the window seat. Victim 1 sat in the middle seat next to ROBERSON in 17E, on his left hand side, with K.R in the aisle seat on her left.

6.    Victim 1 told investigators that shortly after departure, ROBERSON dropped his headphones and Victim 1 retrieved them for him, and ROBERSON said

Complaint - 3
United States v. ROBERSON
USAO No. 2023R00777

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

"Thank you, I don't know what I would do without you". Victim 1 stated ROBERSON had two drinks on the flight and then appeared to fall asleep. While he appeared asleep, ROBERSON's pinky touched the outside of her bare thigh for approximately two minutes. Victim 1 assumed this was accidental touching because ROBERSON was asleep. Several minutes later, Roberson placed his hand on Victim 1's leg, and slowly moved his hands up her thigh, and under her skirt, close to her genitals. Victim 1 stated ROBERSON kept his hand in a fixed position under her skirt for approximately two minutes before she got up and told J.F. Victim 1 did not give ROBERSON permission to touch her.

7.      Special Agent Minh Truong talked to J.F on the telephone. J.F stated that she was notified by Victim 1 of the incident. Victim 1 notified her when K.R got up to go to the bathroom. Victim 1 told J.F that the man next to her touched her. J.F then switched seats with Victim 1. Once J.F was seated between Victim 1 and ROBERSON, Victim 1 told J.F. that ROBERSON touched her under her skirt. J.F then contacted the flight crew, who re-seated ROBERSON.

8.      Port of Seattle Police Officer M. Donahue spoke with Delta flight attendant Essie Gardner. Gardner reported that she was contacted by an adult female passenger travelling with two juvenile passengers. The female passenger reported that the adult male seated next to her "niece" had touched her niece's leg and put his hand under her skirt. Gardner then moved the adult male passenger to another seat.

9.      Investigators interviewed ROBERSON after the flight landed. According to ROBERSON's statements to investigators, during the flight, ROBERSON had two double vodka tonics. Later, ROBERSON stated he had had up to eight additional drinks at the airport before the flight and did not have any food. At some point, ROBERSON dropped his headphones, and Victim 1 picked them up and handed them back to him. ROBERSON said "thank you" approximately four times and patted Victim 1's bare skin on her leg on each occasion. ROBERSON then went to sleep. Approximately two hours

Complaint - 4
United States v. ROBERSON
USAO No. 2023R00777

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

later the woman in 17D (J.F) switched seats with Victim 1, and then the flight attendants re-seated ROBERSON.

## CONCLUSION

10. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that JACK ALLEN ROBERSON committed the offense of Abusive Sexual Contact, in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).

OLIVER CUNNINGHAM, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 17th day of July, 2023.

The Honorable S. Kate Vaughan
United States Magistrate Judge

Complaint - 5
United States v. ROBERSON
USAO No. 2023R00777

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970