UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ23-358 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JACK ALLEN ROBERSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offenses charged</u>:

   1.  Abusive Sexual Contact

<u>Date of Detention Hearing</u>:   July 20, 2023.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

     <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

   1.     Defendant has been charged with abusive sexual contact with a minor female

DETENTION ORDER
PAGE -1

on an airplane. Defendant alleges that he had consumed eight alcoholic drinks before the flight and a further two double alcoholic drinks during the flight. Defendant's wife states that Defendant is alcoholic and has had multiple instances of disappearing for a few days and then turning up with gashes to his head or concussions suffered while he was missing. She also alleges he engages in violent conduct when intoxicated, as well as driving a vehicle when intoxicated. She has obtained a protection order against him. After one prior episode he was placed in in-patient treatment but checked himself out after three days.

2. Defendant has no ties to this District and an unclear release plan involving several relatives in Michigan. Given the severity of Defendant's untreated alcoholism and the purported connection to the alleged offense, the Court determines that release to an in-patient facility with GPS monitoring as a minimum would be required to mitigate the danger to the community, but Defendant is not able to access such a facility at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st day of July, 2023.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3